UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Damon Scott,** | **Plaintiff** |
| v. | No. 3:21-cv-141-BJB-RSE |
| **Haier US Appliance Solutions, Inc.,** | **Defendant** |

\* \* \* \* \*

**FINAL JUDGMENT**

In light of the Court's Order (DN 26) granting Defendant's motion to dismiss (DN 14), the Court dismisses this case, and strikes it from the Court's active docket. This is a final order.

Benjamin Beaton, District Judge
United States District Court

October 15, 2021

cc: Counsel of record